IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM BARFIELD, )<br>    )<br>    Plaintiff, )<br>    )<br>v.   )<br>    )<br>MR. KELLER, )<br>    )<br>    Defendant. ) | Case No. 3:15-cv-99-NJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel filed by Defendant Brian Keller on September 3, 2015 (Doc. 22). Defendant's Motion is **GRANTED**.

Defendant served Plaintiff with his first set of interrogatories and first set of requests for production of documents on June 30, 2015 (Docs. 22-1 and 22-2). Plaintiff failed to respond within the thirty-day timeframe prescribed by Rule 33 and 34 of the Federal Rules of Civil Procedure. In an effort to confer with Plaintiff regarding his failure to respond, Defendant sent Plaintiff a letter on August 11, 2015 indicating that his discovery responses were overdue and asking Plaintiff to respond by August 21, 2015 (Doc. 22-3). At the time Defendant's motion was filed, he had not yet received any response.

The Court has reviewed Defendant's interrogatories and requests to produce and finds they were properly served on Plaintiff. Rules 33 and 34 of the Federal Rules of Civil Procedure prescribe that Plaintiff must respond to discovery requests within thirty days. Plaintiff has not sought leave of Court for an extension of time to respond. Based on the foregoing, Defendant's Motion to Compel (Doc. 22) is **GRANTED**. Plaintiff is **ORDERED** to provide full and

complete responses to Defendant's interrogatories and requests for production of documents by **October 30, 2015**. Plaintiff is **WARNED** that his failure to provide full and complete responses by this date may result in sanctions, including dismissal of this lawsuit, pursuant to Rule 37.

**IT IS SO ORDERED.**

**DATED: October 9, 2015**

                                               **DONALD G. WILKERSON**
                                               **United States Magistrate Judge**